**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SCRIPT SECURITY SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM INC., ET AL.<br><br>    Defendant. | NO. 2:15-CV-1030-JRG-RSP<br><br>**LEAD CASE**<br><br>JURY TRIAL DEMANDED |

**SCRIPT'S OPPOSITION TO DEFENDANTS'
AMAZON AND BEST BUY MOTIONS TO DISMISS (DKT. NOS. 73 & 74)**

On December 8, 2015, Amazon and Best Buy moved to dismiss for failure to properly plead willfulness and indirect infringement. Dkt. Nos. 73 & 74.  Script incorporates the arguments made in opposition (Dkt. Nos. 18 & 27) to Amazon (2:15-cv-1030, Dkt. No. 11) and Best Buy's (2:15-cv-1031, Dkt. No. 11) earlier motions to dismiss.

Dated: January 15, 2016
Respectfully submitted,

*/s Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington (lead attorney)
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Califf T. Cooper
califf@ahtlawfirm.com
Texas Bar No. 24055345
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

1

(713) 581-3000

*Attorneys for Script Security Solutions L.L.C.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of January 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

             */s/ Zachariah S. Harrington*
             Zachariah S. Harrington